IN THE SUPREME COURT OF THE STATE OF DELAWARE

ROBERT W. HASSETT, III,            §
                                    § No. 64, 2025
        Defendant Below,            §
        Appellant,                  § Court Below—Superior Court
                                    § of the State of Delaware
        v.                          §
                                    § Cr. ID Nos. 9902011557,
STATE OF DELAWARE,                  § 0005011315 (S)
                                    §
        Appellee.                   §

Submitted:  April 30, 2025
Decided:  June 24, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of Robert W. Hassett III's opening brief, the State's motion to affirm,[1] and the record on appeal, we conclude that the judgment below should be affirmed on the basis and for the reasons cited by the Superior Court in its January 23, 2025 order denying the motion to correct an illegal sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] Hassett's motion for permission to respond to the motion to affirm is denied. Under Supreme Court Rule 25(a), a response to a motion to affirm is not permitted unless requested by the Court. The Court did not request a response to the motion to affirm and finds no reason to request a response after considering the motion.